## DISTRICT COURT OF THE VIRGIN ISLANDS
## ST. CROIX DIVISION

|  |  |
|---|---|
| NORMA PICKARD SAMUEL, Individually and as a St. Thomas Candidate for Delegate to Congress, WILMA MARSH-MONSANTO, individually and as a St. Thomas candidate for Senate-at-Large, LAWRENCE OLIVE, individually and as a St. Thomas Candidate for the 30th Legislature, DIANE MAGRAS, Individually and as a St. Thomas candidate for Board of Elections, and HARRIET MERCER, individually and as a St. Thomas Candidate for Board of Elections, <br><br> Plaintiffs, <br><br> vs. <br><br> VIRGIN ISLANDS JOINT BOARD OF ELECTIONS, ST. CROIX BOARD OF ELECTIONS, ST. THOMAS-ST. JOHN BOARD OF ELECTIONS, JOHN ABRAMSON, Jr., as supervisor of Elections, RUPERT ROSS, JR., as chairman of the St. Croix Board of Elections, Alecia Wells, as chairwoman of the St. Thomas-St. John Board of Elections, <br><br> Defendants. | Civil No. 2012-0094 |

**Appearances:**

**Norma Pickard Samuel,** *Pro Se*
St. Thomas, U.S.V.I.

**Wilma Marsh-Monsanto,** *Pro Se*
St. Thomas, U.S.V.I.

**Lawrence Olive,** *Pro Se*
St. Thomas, U.S.V.I.

**Diane Magras,** *Pro Se*
St. Thomas, U.S.V.I.

**Harriet Mercer,** *Pro Se*
St. Thomas, U.S.V.I.

**Tamika M. Archer, Esq.**
**Ariel Smith-Francois, Esq.**
St. Thomas, U.S.V.I.
    *For the Defendants*

## ORDER

For the reasons set forth in the Memorandum Opinion dated January 6, 2013, and having considered post-hearing documents filed on January 6, 2013, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (Dkt. No. 33), is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 73), is **DENIED.**

**SO ORDERED.**

January 6, 2013

/s/ Raymond L. Finch
RAYMOND L. FINCH
District Judge