DISTRICT COURT OF THE VIRGIN ISLANDS
ST. CROIX DIVISION

NORMA PICKARD SAMUEL, )
Individually and as a St. Thomas Candidate )
for Delegate to Congress, WILMA )
MARSH-MONSANTO, individually and as )
a St. Thomas candidate for Senate-at-Large, )
LAWRENCE OLIVE, individually and as a )
St. Thomas Candidate for the 30th )
Legislature, DIANE MAGRAS, )
Individually and as a St. Thomas candidate )
for Board of Elections, and HARRIET )
MERCER, individually and as a St. Thomas )
Candidate for Board of Elections, )
)
             Plaintiffs, )
)
vs. )   Civil No. 2012-0094
)
VIRGIN ISLANDS JOINT BOARD OF )
ELECTIONS, ST. CROIX BOARD OF )
ELECTIONS, ST. THOMAS-ST. JOHN )
BOARD OF ELECTIONS, JOHN )
ABRAMSON, Jr., as supervisor of )
Elections, RUPERT ROSS, JR., as chairman )
of the St. Croix Board of Elections, )
Alecia Wells, as chairwoman of the St. )
Thomas-St. John Board of Elections, )
)
             Defendants. )
)

**Appearances:**

**Norma Pickard Samuel,** *Pro Se*
St. Thomas, U.S.V.I.

**Wilma Marsh-Monsanto,** *Pro Se*
St. Thomas, U.S.V.I.

**Lawrence Olive,** *Pro Se*
St. Thomas, U.S.V.I.

**Diane Magras,** *Pro Se*
St. Thomas, U.S.V.I.

**Harriet Mercer,** *Pro Se*
St. Thomas, U.S.V.I.

**Tamika M. Archer, Esq.**
**Ariel Smith-Francois, Esq.**
St. Thomas, U.S.V.I.
    *For the Defendants*

## ORDER

For the reasons set forth in the Memorandum Opinion dated January 6, 2013, and having considered post-hearing documents filed on January 6, 2013, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (Dkt. No. 33), is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 73), is **DENIED.**

**SO ORDERED.**

January 6, 2013

/s/ Raymond L. Finch
RAYMOND L. FINCH
District Judge